**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: SCIENCEFIRST, LLC                   § Case No. 16-15502-SLM
                                           §
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NICHOLAS J. DELZOTTI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $17,800.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $42,016.20    Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $61,568.80

3) Total gross receipts of $ 103,585.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $103,585.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 73,564.80 | 73,564.80 | 61,568.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,362.24 | 16,362.24 | 16,362.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 796,999.22 | 796,999.22 | 25,653.96 |
| **TOTAL DISBURSEMENTS** | $0.00 | $886,926.26 | $886,926.26 | $103,585.00 |

4) This case was originally filed under Chapter 7 on March 23, 2016. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2019          By: /s/NICHOLAS J. DELZOTTI
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference items or fraudulent transfer | 1241-000 | 103,585.00 |
| **TOTAL GROSS RECEIPTS** | | **$103,585.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - NICHOLAS J. DELZOTTI | 2100-000 | N/A | 8,429.25 | 8,429.25 | 8,429.25 |
| Trustee Expenses - NICHOLAS J. DELZOTTI | 2200-000 | N/A | 75.58 | 75.58 | 75.58 |
| Other - WASSERMAN, JURISTA & STOLZ / ATTN: SCOTT REVER | 3210-000 | N/A | 25,790.00 | 25,790.00 | 25,790.00 |
| Other - WASSERMAN, JURISTA & STOLZ / ATTN: SCOTT REVER | 3220-000 | N/A | 391.30 | 391.30 | 391.30 |
| Other - WERDANN, DEVITO LLC | 3410-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - State of New Jersey CBT | 2820-000 | N/A | 10,312.00 | 10,312.00 | 0.00 |
| Other - State of New Jersey CBT | 2820-000 | N/A | 1,684.00 | 1,684.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.48 | 146.48 | 146.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 132.95 | 132.95 | 132.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 128.34 | 128.34 | 128.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.14 | 161.14 | 161.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 143.23 | 143.23 | 143.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.83 | 157.83 | 157.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.73 | 147.73 | 147.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.61 | 142.61 | 142.61 |
| Other - INTERNATIONAL SURETIES , LTD. | 2300-000 | N/A | 25.60 | 25.60 | 25.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 162.03 | 162.03 | 162.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.17 | 125.17 | 125.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.61 | 129.61 | 129.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.11 | 125.11 | 125.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 154.84 | 154.84 | 154.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $73,564.80 | $73,564.80 | $61,568.80 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of Treasury | 5800-000 | N/A | 11,919.98 | 11,919.98 | 11,919.98 |
| 12P | State of New Jersey | 5800-000 | N/A | 4,442.26 | 4,442.26 | 4,442.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $16,362.24 | $16,362.24 | $16,362.24 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jaffe Raitt Heur & Weiss | 7100-000 | N/A | 3,075.64 | 3,075.64 | 99.00 |
| 2 | Satterlee Stephens Burke & Burke, LLP | 7100-000 | N/A | 2,740.51 | 2,740.51 | 88.21 |
| 3U | Department of Treasury | 7100-000 | N/A | 5,517.20 | 5,517.20 | 177.59 |
| 4 | American Express Bank FSB | 7100-000 | N/A | 14,789.17 | 14,789.17 | 476.04 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 222.87 | 222.87 | 7.17 |
| 6 | Angela Cosimano | 7100-000 | N/A | 702.00 | 702.00 | 22.60 |
| 7 | MB1 Cedar Knolls, LLC | 7100-000 | N/A | 127,233.39 | 127,233.39 | 4,095.41 |
| 8 | American Express Travel Related Services Company, | 7100-000 | N/A | 34,772.78 | 34,772.78 | 1,119.27 |
| 9 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 541,200.00 | 541,200.00 | 17,420.24 |
| 10 | Emily K. Donovan | 7100-000 | N/A | 29,745.66 | 29,745.66 | 957.46 |
| 11 | Axtria, Inc. | 7100-000 | N/A | 29,000.00 | 29,000.00 | 933.46 |
| 12U | State of New Jersey | 7100-000 | N/A | 8,000.00 | 8,000.00 | 257.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $796,999.22 | $796,999.22 | $25,653.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-15502-SLM  
**Case Name:** SCIENCEFIRST, LLC  

**Trustee:** (500450) NICHOLAS J. DELZOTTI  
**Filed (f) or Converted (c):** 03/23/16 (f)  
**§341(a) Meeting Date:** 04/25/16  

**Period Ending:** 02/04/19  
**Claims Bar Date:** 01/11/17  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Business checking Account at Wells Fargo, xxxxxx  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 2  Money Market Account at Scott Trade, xxxxxx100  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3  Security deposit with landlord  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,500.00 | 0.00 | | 0.00 | FA |
| 4  Science First CRO, LLC, 100% ownership, Valuatio  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  URL Science-First.com. Valuation Method:  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Telephone system, computers, projectors, printer  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  preference items or fraudulant transfer  (u) | 0.00 | Unknown | | 103,585.00 | FA |
| 8  office equipment | 5,000.00 | 0.00 | | 0.00 | FA |
| 9  Trademark Science First | 0.00 | 0.00 | | 0.00 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$17,800.00** | **$300.00** | | **$103,585.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    February 1, 2017        **Current Projected Date Of Final Report (TFR):**    June 27, 2018  (Actual)

Printed: 02/04/2019 06:14 AM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-15502-SLM | | Trustee: | NICHOLAS J. DELZOTTI (500450) |
|---|---|---|---|---|
| Case Name: | SCIENCEFIRST, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***2281 | | Blanket Bond: | $48,993,100.00  (per case limit) |
| Period Ending: | 02/04/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/17 | {7} | American Express | settlement  preference payments American Express - notice 4/6/17 | 1241-000 | 92,585.00 | | 92,585.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.48 | 92,438.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.95 | 92,305.57 |
| 07/31/17 | {7} | CAPITAL ONE SERVICES LLC | SETTLEMENT PROCEEDS CAPITAL ONE, NATIONAL ASSOC. | 1241-000 | 11,000.00 | | 103,305.57 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.34 | 103,177.23 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.14 | 103,016.09 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.23 | 102,872.86 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.83 | 102,715.03 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.73 | 102,567.30 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.61 | 102,424.69 |
| 01/10/18 | 101 | INTERNATIONAL SURETIES , LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2018 FOR CASE #16-15502 | 2300-000 | | 25.60 | 102,399.09 |
| 01/27/18 | 102 | STATE OF NEW JERSEY - CBT | 2015 NEW JERSEY  - TAX | 2820-000 | | 1,684.00 | 100,715.09 |
| 01/27/18 | 103 | STATE OF NEW JERSEY - CBT | 2016 NEW JERSEY  - TAX | 2820-000 | | 10,312.00 | 90,403.09 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.03 | 90,241.06 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.17 | 90,115.89 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.61 | 89,986.28 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.11 | 89,861.17 |
| 05/07/18 | | STATE OF NEW JERSEY - CBT | REFUND OF TAX PAYMENT | 2820-000 | | -1,684.00 | 91,545.17 |
| 05/07/18 | | STATE OF NEW JERSEY - CBT | REFUND OF TAX PAYMENT | 2820-000 | | -10,312.00 | 101,857.17 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.84 | 101,702.33 |
| 08/13/18 | 104 | NICHOLAS J. DELZOTTI | trustee expenses | 2200-000 | | 75.58 | 101,626.75 |
| 08/13/18 | 105 | NICHOLAS J. DELZOTTI | trustee compensation | 2100-000 | | 8,429.25 | 93,197.50 |
| 08/13/18 | 106 | WASSERMAN, JURISTA & STOLZ / ATTN: SCOTT REVER | attorney expenses | 3220-000 | | 391.30 | 92,806.20 |
| 08/13/18 | 107 | WASSERMAN, JURISTA & STOLZ / ATTN: SCOTT REVER | attorney fees | 3210-000 | | 25,790.00 | 67,016.20 |
| 08/13/18 | 108 | WERDANN, DEVITO LLC | accountant fees | 3410-000 | | 25,000.00 | 42,016.20 |
| 08/13/18 | 109 | Department of Treasury | claim 3P | 5800-000 | | 11,919.98 | 30,096.22 |
| 08/13/18 | 110 | State of New Jersey | 12P Voided on 08/22/18 | 5800-000 | | 12,441.92 | 17,654.30 |
| 08/13/18 | 111 | Jaffe Raitt Heur & Weiss | 1 | 7100-000 | | 68.13 | 17,586.17 |
| 08/13/18 | 112 | Satterlee Stephens Burke & Burke, LLP | 2 | 7100-000 | | 60.70 | 17,525.47 |

Subtotals :     $103,585.00     $86,059.53

{} Asset reference(s)

Printed: 02/04/2019 06:14 AM     V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-15502-SLM
**Case Name:** SCIENCEFIRST, LLC

**Taxpayer ID #:** **-***2281
**Period Ending:** 02/04/19

**Trustee:** NICHOLAS J. DELZOTTI (500450)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $48,993,100.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/13/18 | 113 | Department of Treasury | 3U | 7100-000 | | 122.21 | 17,403.26 |
| 08/13/18 | 114 | American Express Bank FSB | 4 | 7100-000 | | 327.59 | 17,075.67 |
| 08/13/18 | 115 | UNITED STATES BANKRUPTCY COURT | claim 5 - under $5.00 Voided on 08/22/18 | 2700-000 | | 4.94 | 17,070.73 |
| 08/13/18 | 116 | Angela Cosimano | 6 | 7100-000 | | 15.55 | 17,055.18 |
| 08/13/18 | 117 | MB1 Cedar Knolls, LLC | 7 | 7100-000 | | 2,818.34 | 14,236.84 |
| 08/13/18 | 118 | American Express Travel Related Services Company, | 8 | 7100-000 | | 770.25 | 13,466.59 |
| 08/13/18 | 119 | Wells Fargo Bank, N.A. | 9 | 7100-000 | | 11,988.10 | 1,478.49 |
| 08/13/18 | 120 | Emily K. Donovan | 10 | 7100-000 | | 658.90 | 819.59 |
| 08/13/18 | 121 | Axtria, Inc. | 11 | 7100-000 | | 642.38 | 177.21 |
| 08/13/18 | 122 | State of New Jersey | 12U | 7100-000 | | 177.21 | 0.00 |
| 08/22/18 | 110 | State of New Jersey | 12P Voided: check issued on 08/13/18 | 5800-000 | | -12,441.92 | 12,441.92 |
| 08/22/18 | 115 | UNITED STATES BANKRUPTCY COURT | claim 5 - under $5.00 Voided: check issued on 08/13/18 | 2700-000 | | -4.94 | 12,446.86 |
| 08/22/18 | 123 | State of New Jersey | claim 12 p - priority | 5800-000 | | 4,442.26 | 8,004.60 |
| 08/22/18 | 124 | Jaffe Raitt Heur & Weiss | claim1 | 7100-000 | | 30.87 | 7,973.73 |
| 08/22/18 | 125 | Satterlee Stephens Burke & Burke, LLP | 2 | 7100-000 | | 27.51 | 7,946.22 |
| 08/22/18 | 126 | Department of Treasury | 3U | 7100-000 | | 55.38 | 7,890.84 |
| 08/22/18 | 127 | American Express Bank FSB | 4 | 7100-000 | | 148.45 | 7,742.39 |
| 08/22/18 | 128 | American InfoSource LP as agent for | 5 | 7100-000 | | 7.17 | 7,735.22 |
| 08/22/18 | 129 | Angela Cosimano | 6 | 7100-000 | | 7.05 | 7,728.17 |
| 08/22/18 | 130 | MB1 Cedar Knolls, LLC | 7 | 7100-000 | | 1,277.07 | 6,451.10 |
| 08/22/18 | 131 | American Express Travel Related Services Company, | 8 | 7100-000 | | 349.02 | 6,102.08 |
| 08/22/18 | 132 | Wells Fargo Bank, N.A. | 9 | 7100-000 | | 5,432.14 | 669.94 |
| 08/22/18 | 133 | Emily K. Donovan | 10 | 7100-000 | | 298.56 | 371.38 |
| 08/22/18 | 134 | Axtria, Inc. | 11 | 7100-000 | | 291.08 | 80.30 |
| 08/22/18 | 135 | State of New Jersey | 12U | 7100-000 | | 80.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 103,585.00 | 103,585.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 103,585.00 | 103,585.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $103,585.00 | $103,585.00 | |

{} Asset reference(s)

Printed: 02/04/2019 06:14 AM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 16-15502-SLM | | **Trustee:** | NICHOLAS J. DELZOTTI (500450) |
|---|---|---|---|---|
| **Case Name:** | SCIENCEFIRST, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0266 - Checking Account |
| **Taxpayer ID #:** | **-***2281 | | **Blanket Bond:** | $48,993,100.00   (per case limit) |
| **Period Ending:** | 02/04/19 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :           103,585.00
   _____
Net Estate :           $103,585.00

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0266** | 103,585.00 | 103,585.00 | 0.00 |
| | $103,585.00 | $103,585.00 | $0.00 |